UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVID WEISS, | ) |
| Petitioner, | ) |
| v. | ) No. 1:10-cv-817-LJM-DML |
| ALAN FINNAN, | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/28/2011

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

David Weiss
No. 154194
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

Kelly A. Miklos
kelly.miklos@atg.in.gov